IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO VELASQUEZ, | No. C 10-01641 SI |
| Plaintiff, | **ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT; DENYING MOTION TO DISMISS AS MOOT; AND VACATING HEARING ON MOTION TO DISMISS** |
| v. | |
| CHASE HOME FINANCE LLC, | |
| Defendant. | |

On May 13, 2010, defendant filed a motion to dismiss plaintiff *pro se* Rodolfo Velasquez's complaint. Plaintiff did not oppose the motion to dismiss, but instead, on June 14, 2010, filed a First Amended Complaint.

The Court GRANTS plaintiff leave of court to file the First Amended Complaint. Defendant's motion to dismiss is DENIED as moot, and the June 25, 2010 hearing is VACATED.

**IT IS SO ORDERED.**

Dated: June 21, 2010

SUSAN ILLSTON
United States District Judge