JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
CHASE HOME FINANCE LLC and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO VELASQUEZ, <br><br> Plaintiff, <br><br> v. <br><br> CHASE HOME FINANCE LLC, FANNIE MAE <br><br> Defendants. | CASE NO.: CV10-01641 SI <br><br> JUDGE: Hon. Susan Illston <br><br> [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE <br><br> DATE: August 13, 2010 <br> TIME: 2:30 p.m. <br> CRTRM: "3" <br><br> ACTION FILED: April 16, 2010 |

The Court, having reviewed the Motion for Leave to Appear by Telephone at the Case Management Conference ("CMC") filed by defendants Chase Home Finance LLC ("Chase") and Federal National Mortgage Association ("FNMA" and collectively "Defendants"), and good cause appearing therefore, hereby orders as follows:

///

///

///

1

[PROPOSED] ORDER GRANTING MOTION TO APPEAR BY TELEPHONE

1142596.1

1  IT IS HEREBY ORDERED, that Defendants may appear telephonically at the CMC,
2  currently set to be heard on August 13, 2010 at 2:30 p.m. in Courtroom "3" before the Honorable
3  District Judge Susan Illston of the above-entitled Court, by and through its counsel, S. Christopher
4  Yoo, (714) 852-6868.

DATED: _____   By: *Susan Illston* _____
Honorable Susan Illston
Judge, United States District Court

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE
*Rodolfo Velasquez v. Chase Home Finance LLC, et al.,*
USDC Case No.: CV10-01641 SI

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On August 9, 2010, I served the foregoing document described as **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE** on the interested parties in this action.

☒  by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐  **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐  **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☒  **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐  **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒  (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on August 9, 2010, at Santa Ana, California.



LISA N. IWATA

PROOF OF SERVICE

1128185.1

## SERVICE LIST

*Rodolfo Velasquez v. Chase Home Finance LLC, et al.,*
*USDC Case No.: CV10-01641 SI*

Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112

T: (209) 487-9876

***Plaintiff In Pro Se***