IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO VELASQUEZ, | No. C 10-01641 SI |
| Plaintiff, | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| v. | |
| CHASE HOME FINANCE LLC, FANNIE MAE, | |
| Defendants. / | |

On October 29, 2010, plaintiff filed an "emergency request for reconsideration" of this Court's October 28, 2010 Order. That motion is DENIED as it does not appear, from the information submitted by plaintiff, that there is any reason for the Court to act at this time.

**IT IS SO ORDERED.**

Dated: November 1, 2010

SUSAN ILLSTON
United States District Judge