IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO VELASQUEZ, | No. C 10-01641 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CHASE HOME FINANCE LLC, and FANNIE MAE, | |
| Defendants. / | |

Plaintiff's second amended complaint is dismissed without leave to amend.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 10, 2011

SUSAN ILLSTON
United States District Judge